**RECEIVED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 3:07cr130-MHT |
| | ) | [18 USC § 1711] |
| CHRISTINA WOOD | ) | |
| | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

From on or about March 23, 2000 through on or about November 1, 2006, in Chambers County, within the Middle District of Alabama,

CHRISTINA WOOD

defendant herein, during and in the execution of her employment by the United States Postal Service, did knowingly and intentionally use, embezzle, and convert to her own use over $1,000 of the money or property of the United States Postal Service on the dates and in the corresponding amounts shown below:

| DATE | AMOUNT |
|---|---|
| 03/23/2000 | $ 1,173.39 |
| 08/03/2000 | $ 787.90 |
| 01/11/2001 | $ 2,903.05 |
| 09/09/2002 | $ 1,512.43 |
| 01/24/2003 | $ 2,114.36 |
| 05/23/2003 | $ 2,059.38 |
| 09/19/2003 | $ 2,644.50 |
| 11/25/2003 | $ 462.87 |
| 10/10/2006 | $ 360.00 |

| | | |
|---|---|---|
| 10/20/2006 | $ | 240.00 |
| 10/23/2006 | $ | 240.00 |
| 11/01/2006 | $ | 340.00 |

All in violation of Title 18, United States Code, Section 1711.

_____
PATRICIA A. WATSON
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
NATHAN D. STUMP
Assistant United States Attorney