**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | Case No. 3:07CR130-MHT |
| ) | |
| **CHRISTINA WOOD,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel, Joseph P. Van Heest, and hereby enters his appearance on behalf of defendant, Christina Wood, in the above-styled cause. Please forward all future orders, pleadings and notices to my attention in this matter.

Respectfully submitted

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Hon. Nathan Stump,
Assistant United States Attorney
PO Box 197
Montgomery, AL 36101-0197

      Respectfully submitted,

      s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026