IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:07cr130-MHT |
| | ) | |
| CHRISTINA WOOD | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the Consent Plea Hearing presently set for **July 10, 2007** at 3:00 p.m. be and is hereby **RESET** to **July 10, 2007 at 1:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding

Done this 6th day of July, 2007.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE