AO 455 (Rev. 5/85)    Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

CHRISTINA WOOD

**WAIVER OF INDICTMENT**

Case Number: 3:07CR130·MHT

I, CHRISTINA WOOD, the above named defendant, who is accused of violation of Title 18, United States Code, Section 1711, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___July 10, 2007___ prosecution by indictment and consent that the proceeding may be by
DATE
information rather than by indictment.

_Christina J. Wood_
Defendant

_Jim Nunn_
Counsel for Defendant

Before_____
Judicial Officer